1 McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 Michael R. Merritt
Nevada Bar No. 5720
3 *michael.merritt@mccormickbarstow.com*
Philip A. John
4 Nevada Bar No. 10627
*philip.john@mccormickbarstow.com*
5 Lee H. Gorlin
Nevada Bar No. 13879
6 *lee.gorlin@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
7 Las Vegas, Nevada 89113
Telephone: (702) 949-1100
8 Facsimile: (702) 949-1101

9 Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| DENISE PICKERING, an individual;<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS LAS VEGAS, INC.; a Foreign Corporation; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02116-JCM-CWH<br><br>**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT BECAUSE AMOUNT IN CONTROVERSY WILL NOT EXCEED $75,000.** |

Defendant Cox Communications Las Vegas, Inc. ("Cox") by and through its attorneys of record, the law firm McCormick, Barstow, Sheppard, Wayte & Carruth, and Plaintiff Denise Pickering, by and through her attorneys of record, the Galliher Law Firm, hereby file this Stipulation and Order to Remand the Case to State Court Because the Amount in Controversy Will Not Exceed $75,000.

/ / /

/ / /

/ / /

Case No.: 2:18-cv-02116-JCM-CWH
STIPULATION AND ORDER TO REMAND CASE TO STATE COURT
BECAUSE AMOUNT IN CONTROVERSY WILL NOT EXCEED $75,000

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas, NV 89113

Following a meet and confer between counsel the parties hereby agree and stipulate as follows:

1. The parties agree that the amount in controversy in this matter does not and will not exceed the jurisdictional limit of $75,000.

2. The parties agree to remand to remand this matter to State Court due to this Court's lack of Subject Matter Jurisdiction.

3. The parties agree that the total award in this matter may not exceed $74,999.99 in the forthcoming State Court proceedings.

4. Each party shall bear their own fees and costs in regards to the Federal Proceedings

Dated: November 28, 2018.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Michael R. Merritt*
  Michael R. Merritt, Nevada Bar No. 5720
  Philip A. John, Nevada Bar No. 10627
  Lee H. Gorlin, Nevada Bar No. 13879
  8337 West Sunset Road, Suite 350
  Las Vegas, Nevada 89113
  Tel. (702) 949-1100

Attorneys for Defendant

Dated: November 28, 2018.

THE GALLIHER LAW FIRM

By: */s/ Keith E. Galliher, Jr.*
  Keith E. Galliher, Jr., Nevada Bar No. 220
  Jeffrey L. Galliher, Nevada Bar No. 8078
  Rachael N. Solow, Nevada Bar No. 9694
  George J. Kunz, Nevada Bar No. 12245
  1850 East Sahara Avenue, Suite 107
  Las Vegas, Nevada 89104
  Tel. (702) 735-0049

Attorneys for Plaintiff

IT IS SO ORDERED: December 4, 2018.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November, 2018, a true and correct copy of **STIPULATION AND ORDER TO REMAND CASE TO STATE COURT BECAUSE AMOUNT IN CONTROVERSY WILL NOT EXCEED $75,000.** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Laura M. Lybarger*
Laura M. Lybarger, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

5516022.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas, NV 89113

3   Case No.: 2:18-cv-02116-JCM-CWH
STIPULATION AND ORDER TO REMAND CASE TO STATE COURT
BECAUSE AMOUNT IN CONTROVERSY WILL NOT EXCEED $75,000